UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DAVID MAES (#563625)

CIVIL ACTION

VERSUS

NO. 13-595-JJB-SCR

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

**RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS**

This matter is before the Court on consideration of the Report and Recommendations of United States Magistrate Judge Stephen C. Riedlinger, dated June 13, 2014 (doc. 20) relative to a Motion (doc. 14) for Partial Summary Judgment filed by the defendants. The plaintiff filed no objection to the Report and Recommendations.

The Magistrate Judge recommends that the defendants' Motion for Partial Summary Judgment be granted, in part, (1) dismissing all of the plaintiff's claims against Warden Burl Cain and Camp C Warden Tim Delaney, and (2) dismissing all of the plaintiff's claims against Maj. Phillip Maples, except for the plaintiff's excessive force claim against Maj. Maples, with the dismissals being based on the plaintiff's failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the complaint *in forma pauperis*. The Magistrate Judge correctly cites the applicable law. The plaintiff failed to file an objection. The Court agrees with the Magistrate Judge that the plaintiff did not exhaust all available administrative remedies in regard to all claims against the Warden Cain and Camp C Warden Delaney and all claims against Major Maples, except for the plaintiff's excessive force claim against Major Maples.

The Magistrate Judge further recommends that the claims against the Louisiana Department of Public Safety and Corrections and Captain Wells be dismissed for failure to serve

1

these defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Court agrees with the Magistrate Judge that these defendants were not served.

Accordingly, the Court hereby **AFFIRMS and ADOPTS** the Magistrate Judge's Report and Recommendations (doc. 20). Consistent with it, the Court **GRANTS IN PART** the defendants' Motion (doc. 14) for Partial Summary Judgment, and thus, [1] **DISMISSES** all claims against Warden Burl Cain and Camp C Warden Tim Delaney **WITH PREJUDICE** to refiling the complaint *in forma pauperis*, and [2] **DISMISSES** all claims against Major Phillip Maples, except for the plaintiff's excessive force claim against Major Maples, **WITH PREJUDICE** to refiling the complaint *in forma pauperis*. Furthermore, the Court **DISMISSES** the claims against Captain Wells and the Louisiana Department of Public Safety and Corrections. Finally, the Court **REFERS** the case back to the Magistrate Judge for further proceedings on the plaintiff's claim that Major Maples subjected him to an excessive use of force on October 27, 2012.

Signed in Baton Rouge, Louisiana, on July 24, 2014.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA