UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID MAES (#563625)

VERSUS

LOUISIANA DEPARTMENT OF
CORRECTIONS, ET AL.

CIVIL ACTION

NO. 13-595-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 121, 2014 (doc. no. 37) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's Cross Motion for Summary Judgment is GRANTED and this action is DISMISSED without prejudice to any state law claim.

Baton Rouge, Louisiana, May 14, 2015.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA